UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation<br><br>       Plaintiffs,<br>vs.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.<br><br>       Defendants. | File No.: 12-Civ.-02671 (ADM/LIB)<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for plaintiffs, certifies as follows:

  Plaintiff Minnesota Life Insurance Company ("Minnesota Life") is wholly owned by a second tier intermediate stock holding company called "Securian Financial Group, Inc.," which is a wholly-owned subsidiary of a first tier intermediate stock holding company called "Securian Holding Company." Securian Holding Company is a wholly-owned subsidiary of a mutual insurance holding company called "Minnesota Mutual Companies, Inc." No publicly held corporation owns more than ten percent (10%) of Minnesota Life's stock.

  Plaintiff Securian Financial Group, Inc. ("SFG") is wholly owned by a first tier intermediate stock holding company called "Securian Holding Company." Securian

Holding Company is a wholly-owned subsidiary of a mutual insurance holding company called "Minnesota Mutual Companies, Inc." No publicly held corporation owns more than ten percent (10%) of SFG's stock.

Plaintiff Securian Funds Trust ("Securian Funds") is a Delaware statutory trust. Securian Funds is not owned by any parent corporation or publicly held corporation owning 10% or more of its stock.

Plaintiff Securian Foundation is not owned by any parent corporation or publicly held corporation owning 10% or more of its stock.

                                                            LARSON • KING, LLP

Dated: November 7, 2012.                /s/ Sarah E. Madsen
                                                Lawrence R. King (#0055827)
                                                David M. Wilk (#222860)
                                                Sarah E. Madsen (#0336804)
                                                2800 Wells Fargo Place
                                                30 East Seventh Street
                                                St. Paul, MN 55101
                                                Telephone: (651) 312-6500

                                                ***Attorneys for Plaintiffs***