UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation,<br><br>   Plaintiffs,<br><br>v.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.,<br><br>   Defendants. | Court File No.: 12-Civ.-02671 (ADM/LIB) |

---

**PLAINTIFFS' MOTION TO REMAND OR ABSTAIN**

---

TO: Defendants Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc. and their attorneys Brooks F. Poley, WINTHROP & WEINSTINE, P.A., 3500 Capella Tower, 225 South Sixth Street, Minneapolis, Minnesota 55402-4629 and Richard W. Clary, Lauren A. Moskowitz, Julie A. North, Michael T. Reynolds and Richard J. Stark, CRAVATH, SWAINE & MOORE, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019-7475.

Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust and Securian Foundation respectfully move the Court to remand this case on the grounds of mandatory or discretionary abstention. This motion is brought pursuant to 28 U.S.C § 1334(c)(2), or in the alternative, 28 U.S.C. §§ 1334(c)(1) or 1452,

and is based upon plaintiffs' memorandum of law, oral argument, supporting papers and the entire file and proceedings herein.

Dated: November 19, 2012

LARSON • KING, LLP

By: s/ Sarah E. Madsen
    Lawrence R. King (#0055827)
    David M. Wilk (#222860)
    Sarah E. Madsen (#0336804)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500

***Attorneys for Plaintiffs***