UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Life Insurance Company,         Court File No.: 12-Civ.-02671 (ADM/LIB)
Securian Financial Group, Inc., Securian
Funds Trust, and Securian Foundation,

        Plaintiffs,

v.

Credit Suisse First Boston Mortgage Securities
Corp., Credit Suisse Securities (USA) LLC
(f/k/a Credit Suisse First Boston, LLC),
and DLJ Mortgage Capital, Inc.,

        Defendants.

---

## NOTICE OF HEARING ON PLAINTIFFS' MOTION TO REMAND OR ABSTAIN

---

TO:    Defendants Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc. and their attorneys Brooks F. Poley, WINTHROP & WEINSTINE, P.A., 3500 Capella Tower, 225 South Sixth Street, Minneapolis, Minnesota 55402-4629 and Richard W. Clary, Lauren A. Moskowitz, Julie A. North, Michael T. Reynolds and Richard J. Stark, CRAVATH, SWAINE & MOORE, LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019-7475.

        PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance

with the directions received from the presiding judge's courtroom deputy:

☐    A hearing on the above-titled motion will take place at a date and time to be determined and I/we received the following filing instructions from the presiding judge's courtroom deputy on this motion:

☒    A hearing for the above-titled motion will take place:

on <u>Wednesday, January 23, 2013</u>

at <u>9:00 a.m.</u>

in <u>Courtroom 13W</u>

at the <u>United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415</u>

before <u>the Honorable Ann D. Montgomery</u>

Defendants will move the Court to remand this case to state court pursuant to 28

U.S.C § 1334(c)(2), or in the alternative, 28 U.S.C. §§ 1334(c)(1) or 1452.

Dated: November 19, 2012                         LARSON • KING, LLP


                                                 By:  s/ Sarah E. Madsen_____
                                                       Lawrence R. King  (#0055827)
                                                       David M. Wilk  (#222860)
                                                       Sarah E. Madsen  (#0336804)
                                                 2800 Wells Fargo Place
                                                 30 East Seventh Street
                                                 St. Paul, Minnesota 55101
                                                 Telephone:  (651) 312-6500

                                                 ***Attorneys for Plaintiffs***