UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation,<br><br>   Plaintiffs,<br><br>v.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.,<br><br>   Defendants. | Court File No.: 12-Civ.-02671 (ADM/LIB) |

**AFFIDAVIT OF SARAH E. MADSEN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND OR ABSTAIN**

STATE OF MINNESOTA )
         ) *ss*.
COUNTY OF RAMSEY  )

SARAH E. MADSEN, having been first sworn upon oath, states as follows:

1. I am an attorney with LARSON • KING, LLP, and one of the attorneys representing Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust and Securian Foundation in this action. I submit this affidavit in association with Plaintiffs' Motion to Remand or Abstain and have personal knowledge of the facts stated herein.

2

2. Attached as Exhibit 1 are true and correct copies of excerpts of the Prospectus Supplement for CSAB 2006-2, dated September 28, 2006.

3. Attached as Exhibit 2 are true and correct copies of excerpts of the Prospectus Supplement for CSAB 2006-3, dated October 27, 2006.

4. Attached as Exhibit 3 are true and correct copies of excerpts of the Prospectus Supplement for CSMC 2007-4, dated May 30, 2007.

5. Attached as Exhibit 4 is a true and correct copy of Court Servs. Div., Minnesota Jud. Branch, *Performance Measures Key Results and Measures Annual Report* (Sept. 2012).

6. Attached as Exhibit 5 are true and correct copies of excerpts of Hon. Thomas F. Hogan, Office of Judges Programs, Admin. Offices of the U.S. Cts., *Judicial Business of the United States Courts, 2011 Annual Report of the Director* (2011).

FURTHER AFFIANT SAYETH NAUGHT.

Dated: November 19, 2012                s/ Sarah E. Madsen
                                        SARAH E. MADSEN

Subscribed and sworn to before me
this 19th day of November, 2012.

s/ Judith M. Heglund
Notary Public