# EXHIBIT 5

## AFFIDAVIT OF SARAH E. MADSEN IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND OR ABSTAIN

*Minnesota Life Insurance Company, et al.*
*v.*
*Credit Suisse First Boston Mortgage Securities Corp., et al.*

**Court File No. 12-cv-02671 (ADM/LIB)**

# Judicial Business of the United States Courts

2011 Annual Report of the Director
Honorable Thomas F. Hogan, Director

This report was produced by The Statistics Division
Office of Judges Programs
Administrative Office of the United States Courts
Thurgood Marshall Federal Judiciary Building
Washington, D.C. 20544
Telephone: (202) 502-1441
E-Mail: SDInformation@ao.uscourts.gov

Table C-6.
U. S. District Courts—Civil Cases Pending, by District and Length of Time Pending, as of September 30, 2011

| Circuit and District | Total | Length of Time Pending | | | 3 Years or More | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Less Than 1 Year | 1 to 2 Years | 2 to 3 Years | Number | Percent[1] |
| TOTAL | 270,839 | 156,250 | 52,503 | 21,651 | 40,435 | 14.9 |
| DC | 2,699 | 1,375 | 529 | 305 | 490 | 18.2 |
| 1ST | 8,048 | 4,252 | 1,888 | 915 | 993 | 12.3 |
| ME | 365 | 303 | 46 | 10 | 6 | 1.6 |
| MA | 2,986 | 1,930 | 659 | 223 | 174 | 5.8 |
| NH | 570 | 427 | 111 | 19 | 13 | 2.3 |
| RI | 2,611 | 612 | 700 | 546 | 753 | 28.8 |
| PR | 1,516 | 980 | 372 | 117 | 47 | 3.1 |
| 2ND | 29,281 | 14,065 | 6,324 | 3,102 | 5,790 | 19.8 |
| CT | 2,386 | 1,403 | 576 | 236 | 171 | 7.2 |
| NY,N | 2,042 | 1,187 | 495 | 199 | 161 | 7.9 |
| NY,E | 7,652 | 4,263 | 1,543 | 712 | 1,134 | 14.8 |
| NY,S | 14,575 | 5,911 | 3,117 | 1,652 | 3,895 | 26.7 |
| NY,W | 2,305 | 1,082 | 532 | 285 | 406 | 17.6 |
| VT | 321 | 219 | 61 | 18 | 23 | 7.2 |
| 3RD | 32,363 | 17,782 | 4,876 | 3,369 | 6,336 | 19.6 |
| DE | 1,703 | 865 | 410 | 201 | 227 | 13.3 |
| NJ | 6,284 | 4,202 | 1,249 | 505 | 328 | 5.2 |
| PA,E | 19,512 | 9,660 | 2,209 | 2,251 | 5,392 | 27.6 |
| PA,M | 2,252 | 1,389 | 463 | 189 | 211 | 9.4 |
| PA,W | 2,077 | 1,443 | 407 | 164 | 63 | 3.0 |
| VI | 535 | 223 | 138 | 59 | 115 | 21.5 |
| 4TH | 16,537 | 10,189 | 2,593 | 935 | 2,820 | 17.1 |
| MD | 3,253 | 2,181 | 705 | 188 | 179 | 5.5 |
| NC,E | 1,887 | 1,174 | 294 | 182 | 237 | 12.6 |
| NC,M | 1,104 | 708 | 256 | 105 | 35 | 3.2 |
| NC,W | 1,067 | 748 | 212 | 69 | 38 | 3.6 |
| SC | 3,182 | 2,255 | 567 | 191 | 169 | 5.3 |
| VA,E | 1,858 | 1,536 | 193 | 64 | 65 | 3.5 |
| VA,W | 658 | 529 | 92 | 23 | 14 | 2.1 |
| WV,N | 474 | 357 | 79 | 23 | 15 | 3.2 |
| WV,S | 3,054 | 701 | 195 | 90 | 2,068 | 67.7 |

159

## Table C-6. (September 30, 2011—Continued)

| Circuit and District | Total | Length of Time Pending | | | 3 Years or More | |
|---|---|---|---|---|---|---|
| | | Less Than 1 Year | 1 to 2 Years | 2 to 3 Years | Number | Percent [1] |
| **5TH** | **29,457** | **17,527** | **6,965** | **3,005** | **1,960** | **6.7** |
| LA,E | 8,178 | 2,622 | 2,832 | 1,663 | 1,061 | 13.0 |
| LA,M | 924 | 550 | 222 | 66 | 86 | 9.3 |
| LA,W | 2,390 | 1,570 | 522 | 195 | 103 | 4.3 |
| MS,N | 857 | 608 | 179 | 45 | 25 | 2.9 |
| MS,S | 1,923 | 1,311 | 386 | 144 | 82 | 4.3 |
| TX,N | 4,039 | 3,087 | 682 | 211 | 59 | 1.5 |
| TX,E | 3,247 | 2,072 | 736 | 273 | 166 | 5.1 |
| TX,S | 5,525 | 3,909 | 994 | 298 | 324 | 5.9 |
| TX,W | 2,374 | 1,798 | 412 | 110 | 54 | 2.3 |
| **6TH** | **23,439** | **15,263** | **4,436** | **2,025** | **1,715** | **7.3** |
| KY,E | 1,532 | 1,102 | 260 | 94 | 76 | 5.0 |
| KY,W | 1,353 | 801 | 316 | 161 | 75 | 5.5 |
| MI,E | 5,075 | 3,325 | 968 | 384 | 398 | 7.8 |
| MI,W | 1,534 | 1,016 | 353 | 117 | 48 | 3.1 |
| OH,N | 5,940 | 3,989 | 897 | 601 | 453 | 7.6 |
| OH,S | 2,685 | 1,802 | 558 | 162 | 163 | 6.1 |
| TN,E | 1,728 | 1,045 | 424 | 202 | 57 | 3.3 |
| TN,M | 1,849 | 992 | 319 | 164 | 374 | 20.2 |
| TN,W | 1,743 | 1,191 | 341 | 140 | 71 | 4.1 |
| **7TH** | **24,367** | **14,983** | **6,659** | **1,280** | **1,445** | **5.9** |
| IL,N | 9,122 | 5,448 | 1,714 | 797 | 1,163 | 12.7 |
| IL,C | 1,157 | 740 | 274 | 89 | 54 | 4.7 |
| IL,S | 8,588 | 4,907 | 3,568 | 68 | 45 | 0.5 |
| IN,N | 1,659 | 1,049 | 396 | 131 | 83 | 5.0 |
| IN,S | 2,165 | 1,602 | 411 | 91 | 61 | 2.8 |
| WI,E | 1,045 | 694 | 217 | 97 | 37 | 3.5 |
| WI,W | 631 | 543 | 79 | 7 | 2 | 0.3 |
| **8TH** | **21,119** | **9,531** | **3,917** | **1,628** | **6,043** | **28.6** |
| AR,E | 8,984 | 1,674 | 1,199 | 699 | 5,412 | 60.2 |
| AR,W | 976 | 788 | 135 | 35 | 18 | 1.8 |
| IA,N | 487 | 315 | 111 | 45 | 16 | 3.3 |
| IA,S | 595 | 425 | 122 | 28 | 20 | 3.4 |
| MN | 3,831 | 2,285 | 1,095 | 297 | 154 | 4.0 |
| MO,E | 3,095 | 1,739 | 702 | 379 | 275 | 8.9 |
| MO,W | 1,955 | 1,532 | 291 | 76 | 56 | 2.9 |
| NE | 569 | 402 | 116 | 23 | 28 | 4.9 |
| ND | 209 | 138 | 40 | 16 | 15 | 7.2 |
| SD | 418 | 233 | 106 | 30 | 49 | 11.7 |

Table C-6. (September 30, 2011—Continued)

| Circuit and District | Total | Length of Time Pending | | | 3 Years or More | |
|---|---|---|---|---|---|---|
| | | Less Than 1 Year | 1 to 2 Years | 2 to 3 Years | Number | Percent [1] |
| **9TH** | 39,947 | 26,009 | 8,132 | 2,876 | 2,930 | 7.3 |
| AK | 478 | 195 | 87 | 26 | 170 | 35.6 |
| AZ | 2,880 | 1,985 | 626 | 184 | 85 | 3.0 |
| CA,N | 5,870 | 3,703 | 1,104 | 547 | 516 | 8.8 |
| CA,E | 6,519 | 3,560 | 1,610 | 637 | 712 | 10.9 |
| CA,C | 10,619 | 7,512 | 1,939 | 501 | 667 | 6.3 |
| CA,S | 2,715 | 1,797 | 535 | 207 | 176 | 6.5 |
| HI | 717 | 500 | 166 | 36 | 15 | 2.1 |
| ID | 735 | 464 | 177 | 45 | 49 | 6.7 |
| MT | 461 | 316 | 78 | 23 | 44 | 9.5 |
| NV | 3,249 | 1,961 | 777 | 332 | 179 | 5.5 |
| OR | 2,303 | 1,542 | 495 | 160 | 106 | 4.6 |
| WA,E | 787 | 552 | 169 | 36 | 30 | 3.8 |
| WA,W | 2,474 | 1,866 | 342 | 110 | 156 | 6.3 |
| GUAM | 64 | 35 | 11 | 11 | 7 | 10.9 |
| NMI | 76 | 21 | 16 | 21 | 18 | 23.7 |
| **10TH** | 9,374 | 6,622 | 1,658 | 655 | 439 | 4.7 |
| CO | 2,313 | 1,768 | 348 | 139 | 58 | 2.5 |
| KS | 1,406 | 949 | 247 | 101 | 109 | 7.8 |
| NM | 1,111 | 774 | 215 | 67 | 55 | 5.0 |
| OK,N | 905 | 613 | 166 | 82 | 44 | 4.9 |
| OK,E | 438 | 349 | 66 | 19 | 4 | 0.9 |
| OK,W | 1,207 | 951 | 171 | 36 | 49 | 4.1 |
| UT | 1,655 | 930 | 405 | 205 | 115 | 6.9 |
| WY | 339 | 288 | 40 | 6 | 5 | 1.5 |
| **11TH** | 34,208 | 18,652 | 4,526 | 1,556 | 9,474 | 27.7 |
| AL,N | 5,003 | 3,510 | 1,197 | 139 | 157 | 3.1 |
| AL,M | 1,087 | 715 | 246 | 86 | 40 | 3.7 |
| AL,S | 677 | 496 | 116 | 39 | 26 | 3.8 |
| FL,N | 1,745 | 1,209 | 312 | 164 | 60 | 3.4 |
| FL,M | 15,611 | 4,644 | 1,218 | 778 | 8,971 | 57.5 |
| FL,S | 4,544 | 3,885 | 466 | 113 | 80 | 1.8 |
| GA,N | 3,795 | 2,895 | 661 | 154 | 85 | 2.2 |
| GA,M | 969 | 704 | 171 | 58 | 36 | 3.7 |
| GA,S | 777 | 594 | 139 | 25 | 19 | 2.4 |

NOTE: Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases.

[1] Percent not computed when fewer than 10 cases reported.

161

Table T-3.
U.S. District Courts—Median Time Intervals from Filing to Trial for Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2011

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] |
| TOTAL | 2,946 | 24.8 | 872 | 21.8 | 2,074 | 26.1 |
| DC | 31 | 39.7 | 8 | - | 23 | 36.7 |
| 1ST | 102 | 25.5 | 25 | 24.2 | 77 | 25.9 |
| ME | 9 | - | 2 | - | 7 | - |
| MA | 55 | 31.1 | 15 | 24.2 | 40 | 33.5 |
| NH | 14 | 19.4 | 5 | - | 9 | - |
| RI | 10 | 28.7 | 1 | - | 9 | - |
| PR | 14 | 25.0 | 2 | - | 12 | 25.0 |
| 2ND | 338 | 35.7 | 103 | 32.3 | 235 | 37.1 |
| CT | 44 | 35.8 | 12 | 34.1 | 32 | 36.3 |
| NY,N | 45 | 45.1 | 6 | - | 39 | 45.1 |
| NY,E | 122 | 32.9 | 33 | 35.6 | 89 | 31.6 |
| NY,S | 114 | 30.6 | 49 | 27.2 | 65 | 35.7 |
| NY,W | 6 | - | 2 | - | 4 | - |
| VT | 7 | - | 1 | - | 6 | - |
| 3RD | 263 | 27.5 | 74 | 22.2 | 189 | 32.2 |
| DE | 31 | 28.1 | 12 | 23.4 | 19 | 40.6 |
| NJ | 59 | 43.6 | 11 | 41.0 | 48 | 44.0 |
| PA,E | 99 | 20.4 | 29 | 17.4 | 70 | 22.3 |
| PA,M | 26 | 29.2 | 6 | - | 20 | 31.8 |
| PA,W | 31 | 35.3 | 5 | - | 26 | 35.6 |
| VI | 17 | 34.6 | 11 | 32.0 | 6 | - |
| 4TH | 202 | 19.5 | 81 | 19.1 | 121 | 19.7 |
| MD | 32 | 31.2 | 11 | 26.5 | 21 | 37.4 |
| NC,E | 17 | 23.8 | 15 | 23.8 | 2 | - |
| NC,M | 5 | - | 2 | - | 3 | - |
| NC,W | 11 | 16.7 | 1 | - | 10 | 16.3 |
| SC | 45 | 24.6 | 15 | 24.9 | 30 | 23.8 |
| VA,E | 51 | 12.8 | 23 | 12.4 | 28 | 13.5 |
| VA,W | 20 | 13.0 | 7 | - | 13 | 13.1 |
| WV,N | 5 | - | 3 | - | 2 | - |
| WV,S | 16 | 21.6 | 4 | - | 12 | 21.6 |

382

Table T-3. (September 30, 2011—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval In Months [1] |
| **5TH** | **392** | **20.9** | **143** | **19.4** | **249** | **21.8** |
| LA,E | 66 | 17.8 | 36 | 15.5 | 30 | 18.5 |
| LA,M | 17 | 31.8 | 4 | - | 13 | 28.2 |
| LA,W | 33 | 24.9 | 20 | 27.2 | 13 | 16.7 |
| MS,N | 19 | 24.3 | 2 | - | 17 | 24.6 |
| MS,S | 44 | 19.7 | 9 | - | 35 | 19.7 |
| TX,N | 47 | 20.2 | 11 | 17.1 | 36 | 22.0 |
| TX,E | 34 | 23.7 | 6 | - | 28 | 24.3 |
| TX,S | 95 | 20.1 | 37 | 19.4 | 58 | 21.3 |
| TX,W | 37 | 15.9 | 18 | 17.4 | 19 | 15.2 |
| **6TH** | **219** | **23.7** | **51** | **24.5** | **168** | **23.5** |
| KY,E | 11 | 23.6 | 2 | - | 9 | - |
| KY,W | 15 | 25.3 | 3 | - | 12 | 24.7 |
| MI,E | 54 | 23.4 | 12 | 22.6 | 42 | 24.7 |
| MI,W | 12 | 28.6 | 3 | - | 9 | - |
| OH,N | 31 | 20.1 | 7 | - | 24 | 20.0 |
| OH,S | 29 | 26.4 | 6 | - | 23 | 26.4 |
| TN,E | 17 | 24.1 | 3 | - | 14 | 23.8 |
| TN,M | 18 | 22.7 | 7 | - | 11 | 22.7 |
| TN,W | 32 | 22.6 | 8 | - | 24 | 20.9 |
| **7TH** | **243** | **28.6** | **36** | **29.8** | **207** | **28.4** |
| IL,N | 147 | 28.4 | 22 | 30.3 | 125 | 27.9 |
| IL,C | 17 | 38.5 | - | - | 17 | 38.5 |
| IL,S | 20 | 22.6 | 6 | - | 14 | 21.9 |
| IN,N | 10 | 34.1 | - | - | 10 | 34.1 |
| IN,S | 25 | 30.5 | 6 | - | 19 | 30.9 |
| WI,E | 9 | - | 2 | - | 7 | - |
| WI,W | 15 | 14.4 | - | - | 15 | 14.4 |
| **8TH** | **166** | **25.0** | **39** | **23.7** | **127** | **25.6** |
| AR,E | 32 | 22.4 | 9 | - | 23 | 23.9 |
| AR,W | 14 | 19.0 | 2 | - | 12 | 17.4 |
| IA,N | 8 | - | 3 | - | 5 | - |
| IA,S | 15 | 23.1 | 4 | - | 11 | 23.1 |
| MN | 33 | 25.0 | 7 | - | 26 | 24.8 |
| MO,E | 23 | 29.0 | 2 | - | 21 | 30.9 |
| MO,W | 15 | 29.1 | 2 | - | 13 | 27.9 |
| NE | 16 | 21.7 | 7 | - | 9 | - |
| ND | 4 | - | 2 | - | 2 | - |
| SD | 6 | - | 1 | - | 5 | - |

383

## Table T-3. (September 30, 2011—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months[1] | Number of Trials | Median Time Interval in Months[1] | Number of Trials | Median Time Interval in Months[1] |
| **9TH** | **483** | **25.2** | **163** | **20.0** | **320** | **28.4** |
| AK | 2 | - | - | - | 2 | - |
| AZ | 31 | 30.2 | 10 | 27.3 | 21 | 31.7 |
| CA,N | 56 | 34.3 | 17 | 23.0 | 39 | 35.6 |
| CA,E | 55 | 43.6 | 14 | 48.0 | 41 | 41.0 |
| CA,C | 153 | 19.7 | 58 | 15.9 | 95 | 21.3 |
| CA,S | 31 | 35.1 | 8 | - | 23 | 36.6 |
| HI | 16 | 9.3 | 12 | 8.1 | 4 | - |
| ID | 10 | 23.0 | 3 | - | 7 | - |
| MT | 4 | - | 2 | - | 2 | - |
| NV | 34 | 36.3 | 9 | - | 25 | 28.4 |
| OR | 33 | 28.9 | 8 | - | 25 | 29.0 |
| WA,E | 12 | 23.2 | 5 | - | 7 | - |
| WA,W | 45 | 19.0 | 16 | 16.1 | 29 | 19.2 |
| GUAM | - | - | - | - | - | - |
| NMI | 1 | - | 1 | - | - | - |
| **10TH** | **157** | **24.8** | **41** | **25.6** | **116** | **24.6** |
| CO | 46 | 26.7 | 15 | 29.2 | 31 | 26.2 |
| KS | 23 | 25.7 | 3 | - | 20 | 24.7 |
| NM | 21 | 28.7 | 4 | - | 17 | 26.1 |
| OK,N | 11 | 21.7 | 2 | - | 9 | - |
| OK,E | 2 | - | 1 | - | 1 | - |
| OK,W | 18 | 13.4 | 3 | - | 15 | 16.5 |
| UT | 24 | 32.9 | 10 | 24.8 | 14 | 34.2 |
| WY | 12 | 11.7 | 3 | - | 9 | - |
| **11TH** | **350** | **21.1** | **108** | **18.2** | **242** | **22.3** |
| AL,N | 48 | 18.2 | 7 | - | 41 | 18.6 |
| AL,M | 13 | 18.6 | 1 | - | 12 | 18.5 |
| AL,S | 12 | 16.8 | 7 | - | 5 | - |
| FL,N | 23 | 20.1 | 10 | 19.4 | 13 | 25.0 |
| FL,M | 80 | 22.1 | 28 | 20.7 | 52 | 22.3 |
| FL,S | 91 | 17.2 | 35 | 17.1 | 56 | 17.7 |
| GA,N | 48 | 29.9 | 9 | - | 39 | 31.6 |
| GA,M | 22 | 20.3 | 8 | - | 14 | 20.3 |
| GA,S | 13 | 32.7 | 3 | - | 10 | 34.3 |

NOTE: Includes trials conducted by district and appellate judges only. All trials conducted by magistrate judges are excluded. Excludes the following trials: land condemnation; forfeitures and penalty cases; prisoner petitions (habeas corpus, motions to vacate sentence under 28 U.S.C. 2255, hearings on evidentiary matters); bankruptcy petitions; and three-judge court cases. For civil cases resulting in completed trials, the median time is based on the original filing date and the date the trial was completed. For reopened civil cases resulting in second completed trials, the median time remains based on the original filing date and the date the trial was completed.

[1] Time intervals computed only for 10 or more trials.