UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation,<br><br>      Plaintiffs,<br><br>v.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.,<br><br>      Defendants. | Court File No.: 12-Civ.-02671 (ADM/LIB) |

**MEET AND CONFER STATEMENT REGARDING PLAINTIFFS'
MOTION TO REMAND OR ABSTAIN**

    I, Sarah E. Madsen representing plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust and Securian Foundation hereby certify that:

    *I met and conferred with the opposing party by*: telephone conference with counsel Brooks F. Poley and Matthew H. Bloom by telephone on November 6, 2012.

    *Discussing the following motion*: Motion to Remand or Abstain.

    *As a result of the meet-and-confer, the parties*:

    ☒    Do not agree on the resolution of any part of the motion.

2

    Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order.

Dated: November 19, 2012        LARSON • KING, LLP

                              By: s/ Sarah E. Madsen
                                    Lawrence R. King  (#0055827)
                                    David M. Wilk  (#222860)
                                    Sarah E. Madsen  (#0336804)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500

***Attorneys for Plaintiffs***