UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation v. Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.**
Court File No. 12-cv—02671 (ADM/LIB)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the following documents:

1. Plaintiffs' Motion to Remand or Abstain;
2. Notice of Hearing on Plaintiffs' Motion to Remand or Abstain;
3. Plaintiffs' Memorandum in Support of Motion to Remand or Abstain;
4. LR 7.1(d) Word Count Compliance Certificate Regarding Plaintiffs' Memorandum in Support of Motion to Remand or Abstain;
5. Affidavit of Sarah E. Madsen in Support of Plaintiffs' Motion to Remand or Abstain (w/exhibits 1-5); and
6. Meet and Confer Statement Regarding Plaintiffs' Motion to Remand or Abstain

with the Clerk of Court by using the ECF which will send a notice of electronic filing to the following:

- **Richard W. Clary**
  rclary@cravath.com
- **Lauren A. Moskowitz**
  lmoskowitz@cravath.com,mao@cravath.com,mbloom@cravath.com
- **Julie A. North**
  jnorth@cravath.com
- **Brooks F Poley**
  bpoley@winthrop.com,jfernholz@winthrop.com,lmertz@winthrop.com
- **Michael T. Reynolds**
  mreynolds@cravath.com
- **Richard J. Stark**
  rstark@cravath.com,mao@cravath.com

Dated: November 19, 2012         LARSON • KING, LLP

                                        By:  s/ Sarah E. Madsen
                                             Lawrence R. King  (#0055827)
                                             David M. Wilk  (#222860)
                                             Sarah E. Madsen  (#0336804)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500

***Attorneys for Plaintiffs***

LK 1352808-v1