UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.,<br><br>Defendants. | Court File No.: 12-Civ.-02671 (ADM/LIB)<br><br>**LR 7.1(f) and (h) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

---

I, David M. Wilk, certify that the Memorandum in Opposition to Defendants' Motion to Dismiss the Complaint complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count and I also certify that this Memorandum has been prepared in 13 pt. font.

I further certify that the above-referenced Memorandum contains 11,763 words.

Dated: <u>December 21, 2012</u>          LARSON • KING, LLP


                                  By:  <u>s/ David M. Wilk</u>
                                       Lawrence R. King  (#0055827)
                                       David M. Wilk  (#222860)
                                       Sarah E. Madsen  (#0336804)
                                  2800 Wells Fargo Place
                                  30 East Seventh Street
                                  St. Paul, Minnesota 55101
                                  Telephone:  (651) 312-6500

                                  *Attorneys for Plaintiffs*