UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation v. Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.**
Court File No. 12-cv—02671 (ADM/LIB)

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I electronically filed the following documents:

1. Memorandum in Opposition to Defendants' Motion to Dismiss the Complaint;
2. LR 7.1(f) and (h) Word Count Compliance Certificate Regarding Memorandum in Opposition to Defendants' Motion to Dismiss the Complaint; and
3. Affidavit of David M. Wilk in Opposition to Defendants' Motion to Dismiss the Complaint (w/exhibits 1-5)

with the Clerk of Court by using the ECF which will send a notice of electronic filing to the following:

- **Richard W. Clary**
  rclary@cravath.com
- **Lauren A. Moskowitz**
  lmoskowitz@cravath.com,mao@cravath.com,mbloom@cravath.com
- **Julie A. North**
  jnorth@cravath.com
- **Brooks F Poley**
  bpoley@winthrop.com,jfernholz@winthrop.com,lmertz@winthrop.com
- **Michael T. Reynolds**
  mreynolds@cravath.com
- **Richard J. Stark**
  rstark@cravath.com,mao@cravath.com

Dated: December 21, 2012               LARSON • KING, LLP


                                                         By:  s/ David M. Wilk_____
                                                              Lawrence R. King  (#0055827)
                                                              David M. Wilk  (#222860)
                                                              Sarah E. Madsen  (#0336804)
                                                    2800 Wells Fargo Place
                                                    30 East Seventh Street
                                                    St. Paul, Minnesota 55101
                                                    Telephone:  (651) 312-6500

                                                    ***Attorneys for Plaintiffs***

LK 1355446