UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, and Securian Foundation,<br><br>      Plaintiffs,<br>vs.<br><br>Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc.,<br><br>      Defendants. | Case No.: 12-cv-02671 (ADM-LIB)<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE, that on **January 23, 2013** at **9:00 a.m.**, before the Honorable Ann D. Montgomery, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415.  Defendants Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston, LLC), and DLJ Mortgage Capital, Inc., ("Defendants") by and through their undersigned counsel of record, will move the Court for an Order granting Defendants' Motion to Dismiss the Complaint.

|  |  |
|---|---|
|  | WINTHROP & WEINSTINE, P.A. |
| Dated: January 17, 2013. | s/Brooks F. Poley |
|  | Brooks F. Poley (#185139) |
|  | 225 South Sixth Street, Suite 3500 |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 604-6400 |
|  | Fax: (612) 604-6800 |
|  | bpoley@winthrop.com |
|  |  |
|  | Richard W. Clary |
|  | Julie A. North |
|  | Richard J. Stark |
|  | Michael T. Reynolds |
|  | CRAVATH, SWAINE & MOORE LLP |
|  | Worldwide Plaza |
|  | 825 Eighth Avenue |
|  | New York, NY 10019-7475 |
|  | Telephone: (212) 474-1000 |
|  | Facsimile: (212) 474-3700 |
|  | rclary@cravath.com |
|  | jnorth@cravath.com |
|  | rstark@cravath.com |
|  | mreynolds@cravath.com |
|  |  |
|  | ***Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital, Inc.*** |

7607827v1